UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 98.7.201.151,<br><br>            Defendant. | Civil Action No. 1:20-cv-00819-LAK-OTW |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT</u>**

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant John Doe, subscriber assigned IP address 98.7.201.151 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 29, 2020                                   Respectfully submitted,

                                     By:   <u>/s/ *Jacqueline M. James*</u>
                                                   Jacqueline M. James, Esq. (#1845)
                                                   The James Law Firm, PLLC
                                                   445 Hamilton Avenue, Suite 1102
                                                   White Plains, New York 10601
                                                   T: 914-358-6423
                                                   F: 914-358-6424
                                                   E-mail:  jjames@jacquelinejameslaw.com
                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
    Jacqueline M. James, Esq.