AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| | | United States District Court - Southern District of New York |
| DOCKET NO.<br>1:20-cv-00819 | DATE FILED<br>1/30/2020 | |
| PLAINTIFF<br>STRIKE 3 HOLDINGS, LLC | | DEFENDANT<br>JOHN DOE subscriber assigned IP address 98.7.201.151 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>9/29/2020 |
|---|---|---|
| CLERK<br>s/Ruby J, Krajick | (BY) DEPUTY CLERK<br>S/K.Mango | DATE<br>9/29/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 98.7.201.151
**Total Works Infringed:** 71  **ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3EFE1972448E3CEE7089031141791E80FEE4781A | 12/13/2019 00:41:44 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |
| 2 | A293C6DB6C2A564F2EBBF7F273138154D95D3C4C | 12/06/2019 01:09:14 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 3 | 84E8FD6C6F2E9B85F8BCE21A8BAD2DAB22867DB8 | 12/03/2019 02:11:41 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 4 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 10/24/2019 06:15:58 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 5 | D9261D3722C161272619A45A80E6F849B0BC63B5 | 10/24/2019 02:38:58 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 6 | 6E0F067BAC9311459A5DDBA3448E955F8E2C25CD | 10/19/2019 00:44:24 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 7 | F518524A3E8B5819DB451A88F725D979F728EC34 | 09/30/2019 00:53:11 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 8 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | 09/30/2019 00:52:04 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 9 | EDFC62C9AAB72DDFCD865F492AFC530D912B089E | 09/23/2019 22:55:09 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 10 | 8DC5C2F90FCB244D687437C6F703C9D575CA46D3 | 09/22/2019 01:17:00 | Blacked | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 11 | B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43 | 09/14/2019 21:16:48 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 12 | 78C694B5EFF2DB0909579A63EF78E5F1A36D21CA | 09/08/2019 14:54:24 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 13 | 3981818C672261E5A1A0D5B561F7A7FEF98A7805 | 08/31/2019 23:07:57 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 14 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | 08/21/2019 23:14:02 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 15 | FB74770301183194E022950AB806F22711E1D882 | 08/21/2019 23:03:17 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 16 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | 08/20/2019 03:44:28 | Blacked | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 17 | AE22AB5504C05C2B883232F07799C9925A3CBA59 | 08/11/2019 15:36:09 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | DA2B01E9B71CDF13CF8442E993A3A22EC96B6326 | 08/07/2019 22:36:18 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 19 | 5DF8FA648DEEAE1D73E962DB195061E646F82B4E | 08/06/2019 22:23:05 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 20 | A035AD89D17FFA204EA1669362F8A2B2947F1D32 | 08/04/2019 01:09:34 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 21 | EAB3533FB381C799B59AAA64A20DF16CE3C18A18 | 08/01/2019 22:43:21 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 22 | 05EBD8C29118D473550899941352F12A097DDC23 | 08/01/2019 22:36:19 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 23 | 662C42833DF0727F4B96196F88475B615B2F0D2B | 07/31/2019 23:07:00 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 24 | 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F | 07/30/2019 22:45:50 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 25 | B1175F1372648DE81684C06975EBCC841609C237 | 07/21/2019 16:29:40 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 26 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | 07/21/2019 16:02:11 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 27 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | 07/21/2019 15:59:11 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 28 | 23D0AD06AEDD268744FBB7251611A950CF96EE07 | 07/11/2019 01:12:10 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 29 | 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B | 07/05/2019 23:21:43 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 30 | 06DD9EF853621803920CCE8EB03FD00F8A2AA390 | 07/02/2019 00:28:02 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |
| 31 | 7B49F1542CA227EB051129784E4FA7D5CACC7DC4 | 06/29/2019 20:05:38 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 32 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | 06/29/2019 19:49:37 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 33 | 022342FC7077A111F1422A99C31FD89D147FE619 | 06/25/2019 02:09:47 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 34 | D953E392C297913CDBDFCE65BCF4DF39F6D492E1 | 05/28/2019 18:13:53 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 35 | 403C8C01BC2F40ED4F3C34B9040BAD024FEF26B1 | 05/25/2019 23:43:54 | Blacked | 05/25/2019 | 06/13/2019 | PA0002180952 |
| 36 | 72555676245CA53C457541455A41821330714A7A | 05/17/2019 15:30:06 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | 05/15/2019 15:43:11 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 38 | 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A | 05/15/2019 15:33:32 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 39 | 32746C698A142D414674E13A5EC1C7491E5C2055 | 05/15/2019 03:33:28 | Blacked | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 40 | 8A396158B2DF15777FAEF364CFE9F0EA1B91740F | 05/15/2019 02:11:54 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 41 | 35D92B16760D4E150871C7A173AA6075D904CFFC | 05/11/2019 16:41:37 | Vixen | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 42 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | 05/10/2019 12:13:16 | Blacked | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 43 | 42462CE40C5D57E39D232B87E3DBB07B62BA5710 | 05/06/2019 02:05:59 | Blacked | 05/05/2019 | 07/05/2019 | PA0002206372 |
| 44 | C2D9B1003D58049A4B3166BE0C9620ECCA0B4800 | 05/05/2019 15:27:46 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 45 | F9B92290296A3DF4D4981A2EB881ECBD9591750C | 04/30/2019 19:39:31 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 46 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | 04/24/2019 19:34:10 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 47 | E2BB05E86116A0CDAD606375C7B9C9EB44B6F769 | 04/23/2019 01:34:07 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |
| 48 | 1D8C99B00AD138010A90E2C90CAF50FD026C7A08 | 04/15/2019 02:40:29 | Blacked | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 49 | C20D8CE638A46CD39FA65004C565F7F85846691D | 03/29/2019 02:34:42 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 50 | 36602A2A8598380F67FF6FCEBD7FCD97ED374F38 | 03/23/2019 01:15:53 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 51 | FD451C17F6CD6A9FC4992E362A68B0846555EE33 | 03/17/2019 03:40:38 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 52 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | 03/14/2019 19:31:02 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 53 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | 03/08/2019 19:25:55 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 54 | 896414FEC6D0B67D55D70E796377323E455E6185 | 03/04/2019 05:08:28 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 55 | 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC | 02/27/2019 01:53:12 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | 02/22/2019 19:13:44 | Vixen | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 57 | D4C4F2E93F58EE586FCFBA4A3034783CB97E59AE | 02/22/2019 19:10:21 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 58 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | 01/30/2019 18:32:35 | Blacked | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 59 | D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A | 01/28/2019 03:52:48 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 60 | 84BC3740829500DFC2B046EE9DE89357A4BDC637 | 01/27/2019 21:25:06 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 61 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 01/27/2019 21:20:41 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 62 | 7180352F1197F512822C8C7B41CAADADB5C0F744 | 01/27/2019 05:23:34 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 63 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | 01/22/2019 22:36:07 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 64 | 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2 | 01/22/2019 22:34:59 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 65 | 59BBB32A1C085F460AAFB1329242C36691D072A1 | 01/22/2019 22:32:11 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 66 | 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790 | 01/18/2019 18:38:51 | Blacked Raw | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 67 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | 01/12/2019 18:53:40 | Blacked Raw | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 68 | 3D5565340A11007367A788386A1708908C63FDA4 | 01/12/2019 18:53:40 | Tushy | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 69 | 16964274EEF2DEB09294CF8A21B1AFBB9CC70842 | 01/12/2019 04:58:09 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 70 | A79E1BEA716422681872B46A4AC579C82B92D143 | 01/06/2019 21:11:37 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 71 | 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57 | 01/03/2019 18:42:51 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 98.7.201.151,<br><br>Defendant. | Civil Action No. 1:20-cv-00819-LAK-OTW |

PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant John Doe, subscriber assigned IP address 98.7.201.151 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 29, 2020                                     Respectfully submitted,


By:     /s/ *Jacqueline M. James*
         Jacqueline M. James, Esq. (#1845)
         The James Law Firm, PLLC
         445 Hamilton Avenue, Suite 1102
         White Plains, New York 10601
         T: 914-358-6423
         F: 914-358-6424
         E-mail:  jjames@jacquelinejameslaw.com
         *Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

     I hereby certify that on September 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By:  /s/ *Jacqueline M. James*
                                                    Jacqueline M. James, Esq.